**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Ernest CANNON, Respondent.**

Supreme Court of Pennsylvania.

Oct. 20, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of October, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Superior Court override controlling authority establishing that in a joint trial, where the Commonwealth properly redacted a co-defendant's statement and did not use it to directly establish defendant's guilt, and where the trial court properly instructed the jury regarding that statement, the narrow exception to the presumption that a jury will follow its instructions established in *Bruton v. United States,* 391 U.S. 123, 88 S.Ct.

1620, 20 L.Ed.2d 476 (1968), does not apply?